IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
|  | CIVIL ACTION NOS. |
| BILINSKI, et al. | 02-4497 |
| BERGMAN | 02-4789 |
| AARON, et al. | 02-4818 |
| BOBBITT-MOORE, et al. | 02-4845 |
| BERMAN, et al. | 02-4916 |
| DAY, et al. | 02-4968 |
| GEILENKIRCHEN, et al. | 02-4998 |
| GRIEGO, et al. | 02-5060 |
| GRANT, et al. | 02-5088 |
| GLASSI, et al. | 02-5112 |
| TURNER | 02-5223 |
| WHITE, et al. | 02-5244 |
| CASTRO | 02-5328 |
| CECCARELLI | 02-5338 |
| VS. |  |
| BAYER CORPORATION, *et al.* |  |

**O R D E R**

**AND NOW,** this           day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[   ]   -   Order staying these proceedings pending disposition of a related action.

[   ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[   ]   -   Interlocutory appeal filed.

[ X ]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**Jan E. Dubois, Judge**